# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>*Defendant* | MAGISTRATE JUDGE: _____<br><br>CASE NO. _____<br><br>DATE OF PROCEEDINGS: _____<br><br>DATE OF ARREST: _____ |

**PROCEEDINGS:** _____

- ___ COMPLAINT
- ___ ADVISED OF RIGHTS
- ___ WAIVER OF COUNSEL
- ___ APPT. OF COUNSEL:  ___ AFPD  ___ CJA
- ___ WAIVER OF HRG:  ___ PRELIM  ___ REMOVAL
- ___ CONSENT TO MAGISTRATE'S JURISDICTION
- ___ PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
- ___ PLEA AGREEMENT
- ___ RULE 11 FORM
- ___ FINANCIAL AFFIDAVIT EXECUTED
- ___ OTHER: _____
- ___ placed on record.
- **X** penalties and charges placed on the record
- **X** *Brady Order executed*

- ___ TEMPORARY COMMITMENT
- ___ CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- ___ BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- ___ BAIL SET: 100,000.00
- ___ UNSECURED BOND
- ___ SURETY BOND SECURED BY CASH/PROPERTY
- ___ TRAVEL RESTRICTED NV & NJ unless approved
- ___ REPORT TO PRETRIAL SERVICES
- ___ DRUG TESTING AND/OR TREATMENT
- ___ MENTAL HEALTH TESTING AND/OR TREATMENT
- ___ SURRENDER AND/OR OBTAIN NO PASSPORT
- ___ SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- ___ PRELIMINARY/REMOVAL HRG.
- ___ DETENTION/BAIL HRG.
- ___ TRIAL:  ___ COURT  ___ JURY
- ___ SENTENCING
- ___ OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: _____

DEFT. COUNSEL: _____

PRETRIAL: _____

INTERPRETER _____
    Language: _____

TIME COMMENCED: _____
TIME TERMINATED: _____
CD NO: _____

_____
Shea M. Smith, Deputy Clerk