2021R01080/APT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 22-CR-204 |
| GORDON BRAD BECKSTEAD | : | 18 U.S.C. § 1956(h) |
| | : | 18 U.S.C. § 7206(2) |
| | : | 18 U.S.C. § 2 |

## WAIVER OF INDICTMENT AND VENUE

I, GORDON BRAD BECKSTEAD, the above-named defendant, who is charged with: (a) conspiracy to commit money laundering, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i), in violation of Title 18, United States Code, Section 1956(h); and (b) aiding in the preparation of false tax returns, in violation of Title 26, United States Code, Section 7206(2); and being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on March 24, 2022 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Being advised of my rights, I further wish to plead guilty to the offense in violation of Title 26, United States Code, Section 7206(2), in the District of New Jersey, and consent to the disposition of the charged violation of Title 26, United States Code, Section 7206(2), in the District of New Jersey, and waive venue for the offense in violation of Title 26, United States Code, Section

7206(2), in the District of Nevada.

                                                    _____
                                                    GORDON BRAD BECKSTEAD
                                                    Defendant

                                                    _____
                                                    MARY TOSCANO, ESQ.
                                                    Counsel for Defendant

                                                    _____
                                                    THOMAS ERICSSON, ESQ.
                                                    Counsel for Defendant

Before:        _____
                    HONORABLE CLAIRE C. CECCHI
                    United States District Judge

2