UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: March 24, 2022

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 22-CR-204 (CCC)

Title of Case: U.S.A. v. GORDON BECKSTEAD

Appearances:   Anthony Torntone, AUSA, for the Government
               Mary Toscano & Thomas Ericsson, Esq. for Defendant

**Nature of Proceedings:**   Plea to an Information Via Zoom Video

Ordered defendant sworn.
Defendant consents to plea to be held via videoconference, placed on the record
COVID 19 Order filed.
Defendant consents to his counsel signing his name on his behalf on all documents placed on the record
Defendant advised of his/her rights.
Defendant advised of his/her rights, charges and penalties
Counsel waives formal reading of the Information
Waiver of indictment filed.
INFORMATION filed.
PLEA: GUILTY to all Counts of the Information.
Rule 11 documents filed.
Ordered sentence date July 19, 2022 at 9:30 AM.

Time Commenced   12:30 p.m.                    Time Adjourned   1:20 p.m.           .

_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk