UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 2:22-cr-00204 (CCC)<br><br>**SUBSTITUTION OF COUNSEL** |

**THIS MATTER** having come before the Court on the application of Mary E. Toscano, Esq., the undersigned hereby consents to the substitution of Greenbaum, Rowe, Smith & Davis LLP as attorney-of-record for Defendant Gordon Brad Beckstead in this matter. The appearance of Sills Cummis & Gross P.C. on behalf of Defendant Gordon Brad Beckstead is hereby withdrawn. Greenbaum, Rowe, Smith & Davis LLP hereby enters an appearance on behalf of Defendant Gordon Brad Beckstead.

Dated: February 28, 2023

_____
Richard H. Epstein
SILLS CUMMIS & GROSS P.C.
*Withdrawing Counsel for*
*Defendant Gordon Brad Beckstead*

_____
Mary E. Toscano
GREENBAUM, ROWE, SMITH &
DAVIS LLP
*Superseding Counsel for*
*Defendant Gordon Brad Beckstead*