UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 2:22-cr-00204 (CCC)<br><br>**CONSENT ORDER FOR TEMPORARY MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL SUPERVISED RELEASE** |

**THIS MATTER** having come before the Court on the application of Mary E. Toscano, Esq., counsel for the defendant Gordon Brad Beckstead, and the Government by Assistant United States Attorney, Anthony Torntore, and the United States Pretrial Services Agency, by United States Pre-Trial Services Officer, Emily McKillip, having consented to the temporary modification of the defendant's conditions of pretrial supervised release, and for the entry of an Order granting the defendant permission to travel internationally from Las Vegas, Nevada (where the defendant currently resides) to the countries of England and France, departing Saturday, August 12, 2023 and returning to Las Vegas, Nevada on Sunday, August 27, 2023, and the Court having considered the application and there being no objection to the application by either the Government or the U.S. Pretrial Services Agency and for good cause shown,

IT IS on this 15th day of June, 2023

ORDERED that the defendant is permitted to travel internationally from Las Vegas, Nevada (where the defendant currently resides) to the countries of England and France, departing Saturday, August 12, 2023 and returning to Las Vegas, Nevada on Sunday, August 27, 2023.

ORDERED that counsel for the defendant, Mary E. Toscano, Esq., will be permitted to retrieve the defendant's U.S. Passport from the United States Pretrial Services Agency located in Newark, New Jersey on a date approved by United States Pretrial Services, but no later than August 8, 2023, to allow for sufficient time to deliver the defendant's U.S. Passport from Newark, New Jersey to the defendant in Las Vegas, Nevada.

9172733 v1

ORDERED that the defendant must return the defendant's U.S. Passport to the U.S. Pretrial Services Agency in Las Vegas, Nevada no later than Tuesday, August 29, 2023.

*/s/ Edward S. Kiel*
HON. EDWARD S. KIEL
United States Magistrate Judge

Form and Entry Consented To:

*/s/ Anthony Torntore*
Anthony Torntore,
Assistant United States Attorney

*/s/ Emily McKillip*
Emily McKillip,
U.S. Pretrial Services Officer

*/s/ Mary E. Toscano*
Mary E. Toscano,
Counsel for the defendant, Gordon Brad Beckstead

9172733 v1