UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 2:22-cr-00204 (CCC)<br><br>**CONSENT ORDER FOR TEMPORARY MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL SUPERVISED RELEASE** |

**THIS MATTER** having come before the Court on the application of Mary E. Toscano, Esq., counsel for the defendant Gordon Brad Beckstead, and the Government by Assistant United States Attorney, Anthony Torntore, and the United States Pretrial Services Agency, by United States Pre-Trial Services Officer, Emily McKillip, having consented to the temporary modification of the defendant's conditions of pretrial supervised release, and for the entry of an Order granting the defendant permission to travel internationally from Las Vegas, Nevada (where the defendant currently resides) to Mexico, departing Friday, January 26, 2024 and returning to Las Vegas, Nevada on Friday, February 2, 2024, and the Court having considered the application and there being no objection to the application by either the Government or the U.S. Pretrial Services Agency and for good cause shown,

IT IS on this __7__ day of December, 2023

ORDERED that the defendant must provide his United States Pre-Trial Services Officer with both flight and hotel accommodation confirmations in advance of his travel from Las Vegas, Nevada to Mexico.

ORDERED that the defendant is permitted to travel internationally from Las Vegas, Nevada (where the defendant currently resides) to Mexico, departing Friday, January 26, 2024 and returning to Las Vegas, Nevada on Friday, February 2, 2024.

ORDERED that the defendant will be permitted to retrieve the defendant's U.S. Passport from the United States Pretrial Services Agency located in Las Vegas, Nevada up to 48 hours prior to his approved departure date of January 26, 2024.

ORDERED that the defendant must return the defendant's U.S. Passport to the U.S. Pretrial Services Agency in Las Vegas, Nevada no later than Monday, February 5, 2024.

                                                      *[signature]*

                             HON. JOSÉ R. ALMONTE
                             United States Magistrate Judge

Form and Entry Consented To:

/s/ Anthony Torntore
Anthony Torntore,
Assistant United States Attorney


/s/ Emily McKillip
Emily McKillip,
U.S. Pretrial Services Officer


/s/ Mary E. Toscano
Mary E. Toscano,
Counsel for the defendant, Gordon Brad Beckstead