UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 2:22-cr-00204 (CCC)<br><br>**CONSENT ORDER FOR TEMPORARY MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL SUPERVISED RELEASE** |

**THIS MATTER** having come before the Court on the application of Mary E. Toscano, Esq., counsel for the defendant Gordon Brad Beckstead, and the Government by Assistant United States Attorney, Anthony Torntore, and the United States Pretrial Services Agency, by United States Pre-Trial Services Officer, Emily McKillip, having consented to the temporary modification of the defendant's conditions of pretrial supervised release, and for the entry of an Order granting the defendant permission to travel internationally from Los Angeles, California (the defendant having traveled to Los Angeles, California by car from Las Vegas, Nevada, where he currently resides) to Ireland, departing Wednesday, May 22, 2024 and returning to Los Angeles, California on Saturday, June 8, 2024, and the Court having considered the application and there being no objection to the application by either the Government or the U.S. Pretrial Services Agency and for good cause shown,

IT IS on this   22   day of April, 2024

ORDERED that the defendant must provide his United States Pre-Trial Services Officer with both flight and hotel accommodation confirmations in advance of his travel from Los Angeles, California to Ireland.

ORDERED that the defendant is permitted to travel internationally from Los Angeles, California (the defendant having traveled to Los Angeles, California by car from Las Vegas, Nevada, where he currently resides) to Ireland, departing Wednesday, May 22, 2024 and returning to Los Angeles, California on Saturday, June 8, 2024.

ORDERED that the defendant will be permitted to retrieve the defendant's U.S. Passport from the United States Pretrial Services Agency located in Las Vegas, Nevada up to 48 hours prior to his approved departure date of May 22, 2024.

ORDERED that the defendant must return the defendant's U.S. Passport to the U.S. Pretrial Services Agency in Las Vegas, Nevada no later than up to 48 hours after his approved return date of June 8, 2024.

_____
HON. JOSÉ R. ALMONTE
United States Magistrate Judge

Form and Entry Consented To:


*/s/ Anthony Torntore*_____
Anthony Torntore,
Assistant United States Attorney


  */s/ Emily McKillip*_____
Emily McKillip,
U.S. Pretrial Services Officer


*/s/ Mary E. Toscano*_____
Mary E. Toscano,
Counsel for the defendant, Gordon Brad Beckstead