UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi, U.S.D.J. |
| v. | : | Crim. No. 22-204 |
| GORDON BRAD BECKSTEAD | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that ALINA HABBA, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Vinay S. Limbachia, Assistant United States Attorney (vinay.limbachia@usdoj.gov), in substitution for Anthony P. Torntore, Assistant United States Attorney, who previously appeared in this matter.

ALINA HABBA
United States Attorney

*/s/ Vinay S. Limbachia*

By:  Vinay S. Limbachia
Assistant United States Attorney

Dated: May 16, 2025