UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 2:22-cr-00204 (CCC)<br><br>**CONSENT ORDER FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL SUPERVISION** |

**THIS MATTER** having come before the Court on the application of Mary E. Toscano, Esq., counsel for the defendant Gordon Brad Beckstead, and the Government by Assistant United States Attorney, Ingrid Eicher, and the United States Pretrial Services Agency, by United States Pre-Trial Services Officers, Elizabeth Charleston (District of New Jersey) and Emily McKillip (District of Nevada), having consented to the modification of the defendant's conditions of pretrial supervised release, and for the entry of an Order eliminating the condition of supervised release requiring substance abuse testing and/or treatment, and the Court having considered the application and there being no objection to the application by either the Government or the U.S. Pretrial Services Agency and for good cause shown,

    **FINDING** that the defendant Gordon Brad Beckstead has been supervised by U.S. Pretrial Services in the District of Nevada since March 2022;

    **FINDING** that the defendant Gordon Brad Beckstead has remained in compliance since March 2022;

    **FINDING** that defendant Gordon Brad Beckstead has consistently been working since March 2022;

    **FINDING** that defendant Gordon Brad Beckstead has consistently reported to Pretrial Services as instructed since March 2022; and

    **FINDING** that defendant Gordon Brad Beckstead has consistently submitted negative drug tests since the onset of supervision.

IT IS on this _26th _ day of August, 2025

ORDERED that the defendant's release conditions be modified to remove substance abuse testing and/or treatment; and

ORDERED that all other release conditions previously ordered remain in effect.

_____
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge


Form and Entry Consented To:


/s/ Ingrid Eicher
Ingrid Eicher,
Assistant United States Attorney


  /s/ Elizabeth Charleston
Elizabeth Charleston,
U.S. Pretrial Services Officer


/s/ Mary E. Toscano
Mary E. Toscano,
Counsel for the defendant, Gordon Brad Beckstead