UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON BRAD BECKSTEAD | Crim. No. 22-204<br><br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Trevor A. Chenoweth, Assistant United States Attorney (trevor.chenoweth@usdoj.gov), is appearing in substitution for Ingrid Eicher and Vinay S. Limbachia, Assistant United States Attorneys, who previously appeared in this matter.

                                  TODD BLANCHE
                                  United States Deputy Attorney General

                                  ALINA HABBA
                                  Acting United States Attorney
                                  Special Attorney

By:    *Trevor Chenoweth*
        Trevor A. Chenoweth
        Assistant U.S. Attorney

Dated: September 12, 2025