UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 22-cr-00204 |
| v. | : | |
| BECKSTEAD | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Robert Taj Moore, (Robert.Moore3@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

Todd Blanche
United States Deputy Attorney General

Alina Habba
Acting United States Attorney and
Special Attorney

/s/ Robert Taj Moore

By: Robert Taj Moore
Assistant United States Attorney

Dated: September 24, 2025